Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*

11th Circuit Docket Number: _____

Caption:

District and Division:  _____
Name of Judge:           _____
Nature of Suit:             _____
Date Complaint Filed: _____
District Court Docket Number: _____
Date Notice of Appeal Filed:   _____
☐ Cross Appeal      ☐ Class Action
Has this matter previously been before this court?
☐ Yes      ☐ No
If Yes, provide
(a)     Caption: _____
(b)     Citation: _____
(c)     Docket Number: _____

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|

For Appellant:
☐   Plaintiff
☐   Defendant
☐   Other (Specify)

For Appellee:
☐   Plaintiff
☐   Defendant
☐   Other (Specify)

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☐  Federal Question | ☐  Final Judgment, 28 USC 1291 | ☐  Dismissal/Jurisdiction | Amount Sought by Plaintiff: $_____ |
| ☐  Diversity | ☐  Interlocutory Order, 28 USC 1292(a)(1) | ☐  Default Judgment | Amount Sought by Defendant: $_____ |
| ☐  US Plaintiff |  | ☐  Summary Judgment |  |
| ☐  US Defendant | ☐  Interlocutory Order Certified, 28 USC 1292(b) | ☐  Judgment/Bench Trial | Awarded: $_____ to _____ |
|  | ☐  Interlocutory Order, Qualified Immunity | ☐  Judgment/Jury Verdict |  |
|  |  | ☐  Judgment/Directed Verdict/NOV | Injunctions: ☐  TRO |
|  | ☐  Final Agency Action (Review) | ☐  Injunction | ☐  Preliminary    ☐  Granted ☐  Permanent      ☐  Denied |
|  | ☐  54(b) | ☐  Other _____ |  |

USCA11 Case: 24-11996     Document: 27     Date Filed: 07/02/2024     Page: 1 of 6

Page 2                                                                  11th Circuit Docket Number: _____

Based on your present knowledge:

(1)  Does this appeal involve a question of First Impression?    ☐ Yes    ☐ No
     What is the issue you claim is one of First Impression? _____

(2)  Will the determination of this appeal turn on the interpretation or application of a particular case or statute?    ☐ Yes    ☐ No

     If Yes, provide
     (a) Case Name/Statute _____
     (b) Citation _____
     (c) Docket Number if unreported _____

(3)  Is there any case now pending or about to be brought before this court or any other court or administrative agency that
     (a) Arises from substantially the same case or controversy as this appeal?    ☐ Yes    ☐ No
     (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?    ☐ Yes    ☐ No

     If Yes, provide
     (a) Case Name _____
     (b) Citation _____
     (c) Docket Number if unreported _____
     (d) Court or Agency _____

(4)  Will this appeal involve a conflict of law
     (a) Within the Eleventh Circuit?    ☐ Yes    ☐ No
     (b) Among circuits?    ☐ Yes    ☐ No

     If Yes, explain briefly:

(5)  Issues proposed to be raised on appeal, including jurisdictional challenges:

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS _____ DAY OF _____, _____.

_____                _____
              NAME OF COUNSEL (Print)                                          SIGNATURE OF COUNSEL

# ATTACHMENT A

**Attorneys for Defendants / Appellants**

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Beato, Michael | Holtzman Vogel Baran Torchinsky & Josefiak PLLC<br>119 S. Monroe Street, Suite 500<br>Tallahassee, FL 32301 | (850) 270-5938<br>Mbeato@holtzmanvogel.com |
| Jazil, Mohammad | Holtzman Vogel Baran Torchinsky & Josefiak PLLC<br>119 S. Monroe Street, Suite 500<br>Tallahassee, FL 32301 | (850) 270-5938<br>Mbeato@holtzmanvogel.com |
| Lynch, Myles S. | Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | (850) 414-3300<br>Myles.Lynch@myfloridalegal.com |
| Percival, James II | Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | (850) 414-3300<br>James.Percival@myfloridalegal.com |
| Perko, Gary | Holtzman Vogel Baran Torchinsky & Josefiak PLLC<br>119 S. Monroe Street, Suite 500<br>Tallahassee, FL 32301 | (850) 270-5938<br>Gperko@holtzmanvogel.com |
| Stafford, William III | Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | (850) 414-3785<br>William.Stafford@myfloridalegal.com |
| Whitaker, Henry | Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | (850) 414-3688<br>Henry.Whitaker@myfloridalegal.com |

| Witthoeft, Emily | Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | (813) 287-7900<br>Emily.Witthoeft@myfloridalegal.com |
|---|---|---|
| Bell, Daniel | Office of the Attorney General<br>PL-01 The Capitol<br>Tallahassee, FL 32399 | (850) 414-3300<br>Daniel.Bell@myfloridalegal.com |

**Attorneys for Plaintiffs / Appellees**

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Chriss, Simone | Southern Legal Counsel<br>1229 NW 12th Ave<br>Gainesville, FL 32601 | (352) 271-8890<br>Simone.Chriss@southernlegal.org |
| Dunn, Chelsea | Southern Legal Counsel<br>1229 NW 12th Ave<br>Gainesville, FL 32601 | (352) 271-8890<br>Chelsea.Dunn@southernlegal.org |
| Erchull, Christopher | GLBTQ Legal Advocates & Defenders<br>18 Tremont Street, Suite 950<br>Boston, MA 02108 | (520) 360-1846<br>Cerchull@glad.org |
| Ginsburg, Maya | Lowenstein Sandler LLP<br>1251 Avenues of the Americas<br>New York, NY 10020 | (212) 262-6700<br>Mginsburg@lowenstein.com |
| Levi, Jennifer | GLBTQ Legal Advocates & Defenders<br>18 Tremont Street, Suite 950<br>Boston, MA 02108 | (617) 426-1350<br>Jlevi@glad.org |
| Mandelbaum, Sara | Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 | (212) 839-5372<br>Smandelbaum@sidley.com |
| Minter, Shannon | National Center for Lesbian Rights - San Francisco<br>870 Market St., Ste 370<br>San Francisco, CA 94102 | (415) 365-1310<br>Sminter@nclrights.org |

| Patel, Ami Rakesh | Human Rights Campaign Foundation<br>1640 Rhode Island Ave NW<br>Washington, DC 20036 | (202) 993-4180<br>Ami.Patel@hrc.org |
|---|---|---|
| Peral, Stephanie | Sidley Austin LLP<br>1001 Brickell Bay Drive<br>Suite 900<br>Miami, FL 33131 | (305) 391-5228<br>Speral@sidley.com |
| Popkin, Kelly Jo | National Center for Lesbian Rights - San Francisco<br>870 Market St., Ste 370<br>San Francisco, CA 94102 | (917) 648-0838<br>Kpopkin@nclrights.org |
| Redburn, Thomas Jr. | Lowenstein Sandler LLP<br>65 Livingston Ave<br>Roseland, NJ 07068 | (973) 597-2456<br>Tredburn@lowenstein.com |
| Silverman, Lawrence | Sidley Austin LLP<br>1001 Brickell Bay Drive, Suite 900<br>Miami, FL 33131 | (305) 763-0432<br>Lawrence.Silverman@sidley.com |
| Starr, Jason | Human Rights Campaign Foundation<br>1640 Rhode Island Ave NW<br>Washington, DC 20036 | (305) 773-2157<br>Jason.Starr@hrc.org |
| Stoll, Christopher | National Center for Lesbian Rights - San Francisco<br>870 Market St., Ste 370<br>San Francisco, CA 94102 | (415) 365-1320<br>Cstoll@NCLRights.org |
| Weaver, Cynthia | Human Rights Campaign Foundation<br>1640 Rhode Island Ave NW<br>Washington, DC 20036 | (202) 527-3669<br>Cynthia.Weaver@hrc.org |