# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11996

_____

JANE DOE,
Individually and on Behalf of Her
Minor Daughter,
SUSAN DOE,
GLORIA GOE,
Individually and on Behalf of Her
Minor Son,
LUCIEN HAMEL,

                                                               Plaintiffs-Appellees,

BRENDA BOE,
Individually and on Behalf of Her
Minor Son, et al.,

                                                                                         Plaintiffs,

*versus*

SURGEON GENERAL, STATE OF FLORIDA,
STATE ATTORNEY FIFTH JUDICIAL CIRCUIT
OF FLORIDA,
SCOT ACKERMAN,
In His Official Capacity as Member of the Florida
Board of Medicine,
NICHOLAS WILLIAM ROMANELLO,
In His Official Capacity as Member of the Florida
Board of Medicine,
MATTHEW R. BENSON,
In His Official Capacity as Member of the Florida
Board of Medicine, et al.,

                                                          Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00114-RH-MAF

_____

Before WILSON, GRANT, and LUCK, Circuit Judges.

BY THE COURT:

      Appellees' motion to reconsider this Court's August 26, 2024, order is DENIED.

WILSON, Circuit Judge, dissenting:

I dissent.