# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11996

_____

JANE DOE,
Individually and on Behalf of Her
Minor Daughter,
SUSAN DOE,
GLORIA GOE,
Individually and on Behalf of Her
Minor Son,
LUCIEN HAMEL,

                                                     Plaintiffs-Appellees,

BRENDA BOE,
Individually and on Behalf of Her
Minor Son, et al.,

                                                     Plaintiffs,

*versus*

SURGEON GENERAL, STATE OF FLORIDA,
STATE ATTORNEY FIFTH JUDICIAL CIRCUIT
OF FLORIDA,
SCOT ACKERMAN,
In His Official Capacity as Member of the Florida
Board of Medicine,
NICHOLAS WILLIAM ROMANELLO,
In His Official Capacity as Member of the Florida
Board of Medicine,
MATTHEW R. BENSON,
In His Official Capacity as Member of the Florida
Board of Medicine, et al.,

                                               Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:23-cv-00114-RH-MAF

_____

ORDER:

Attorney Adam G. Unikowsky has submitted an appearance of counsel to appear in this appeal.

Consistent with 11th Cir. R. 34-4(e), Attorney Adam G. Unikowsky is GRANTED leave to appear in this appeal.

                                                DAVID J. SMITH  
                      Clerk of the United States Court of  
                        Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION